# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:06CR194/3 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| 3)ROSALIO MARTINEZ | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment as to the captioned Defendant.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the Bill of Indictment as to this Defendant only is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit copies of this Order electronically to the Defendant's counsel, the United States Attorney's Office, the United States Probation Office, and the United States Marshal.

Signed: September 18, 2006

Lacy H. Thornburg
United States District Judge